**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

FELIX GONZALEZ SANCHEZ, a.k.a.
Felix Gonzalez, a.k.a. Gabriel Anthony
Leon,

Defendant - Appellant.

No. 10-50553

D.C. No. 8:10-cr-00118-JVS

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
James V. Selna, District Judge, Presiding

Submitted December 19, 2011[**]

Before:    GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Felix Gonzalez Sanchez appeals from his guilty-plea conviction and

46-month sentence imposed for being an illegal alien found in the United States

following deportation, in violation of 8 U.S.C. § 1326(a).  Pursuant to *Anders v.*

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*California*, 386 U.S. 738 (1967), Sanchez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Sanchez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Sanchez waived his right to appeal his sentence with the exception of the court's calculation of his criminal history category. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief as to Sanchez's conviction and indicates that the appeal waiver is operative. Accordingly, we dismiss the appeal of the sentence in part. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000). With regard to the court's calculation of the criminal history category, our independent review of the record discloses no arguable grounds for relief on direct appeal, and we affirm.

In accordance with *United States v. Rivera-Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the reference to 8 U.S.C. § 1326(b)(2). *See United States v. Herrera-Blanco*, 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part; REMANDED to correct the judgment.**